**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JAMES MCCAW                                                                                          PETITIONER

v.                                         No. 2:16CV00140 JLH-JTR

C.V. RIVERA, Warden,
FCI Forrest City                                                                                    RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT James McCaw's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED without prejudice. Document #1.

DATED this 29th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE