IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES MCCAW                                                                                          PETITIONER

v.                                      No. 2:16CV00140 JLH-JTR

C.V. RIVERA, Warden,
FCI Forrest City                                                                                     RESPONDENT

## JUDGMENT

Pursuant to the Order entered separately today, James McCaw's petition for writ of habeas corpus is denied without prejudice.  No certificate of appealability will be issued.

IT IS SO ORDERED this 29th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE